youngleeind2

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN - 6 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> YOUNG TAEK LEE, <br><br> Defendant. | CRIMINAL CASE NO. 07-00050 <br><br> **INDICTMENT** <br><br> **ATTEMPTED ILLEGAL RE-ENTRY OF REMOVED ALIEN (Count 1)** <br> [8 U.S.C. §§ 1326(a) and (b)(2)] <br> **MISUSE OF VISA (Count II)** <br> [18 U.S.C. §1546(a)] |

THE GRAND JURY CHARGES:

**COUNT I - ATTEMPTED ILLEGAL RE-ENTRY OF REMOVED ALIEN**

On about November 22, 2006, in the District of Guam and elsewhere, the defendant YOUNG TAEK LEE, an alien, knowingly and unlawfully attempted to enter the United States at Guam, U.S.A., after having been removed and deported from the United States on about March 29, 2005, at New York, New York, and that prior to his re-embarkation from a place outside the United States, the defendant YOUNG TAEK LEE, knew he had not received the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission and to enter the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

## COUNT II - MISUSE OF VISA

On or about November 22, 2006, in the District of Guam and elsewhere, the defendant YOUNG TAEK LEE, did knowingly present to Customs and Border Protection Officers an application or other document required by the Immigration laws or regulations prescribed thereunder, to wit, an I-736 Guam Visa Waiver Information form, which contained a statement, to wit: that he had never been convicted of any offense or crime, which the defendant then and there knew was false, in that the defendant, YOUNG TAEK LEE, had previously been convicted of an aggravated felony for which he was sentenced on October 16, 1995 for the offenses of Racketeering, Interference with Commerce by Violence, and Use of a Firearm During a Crime of Violence, removed and deported from the United States on or about March 29, 2005, at New York, New York, in violation of Title 18, United States Code, Sections 1546(a).

DATED this <u>6th</u> day of June, 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

# Criminal Case Cover Sheet                                       U.S. District Court

**Place of Offense:**

City ____Hagåtña____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant ___X___ New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**07-00050**

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __x__ No

Defendant Name ____Young Taek Lee____

Alias Name _____

Address _____

____Guam____

Birthdate __Xx/xx/__ SS# __xxx-xx-__ Sex __M__ Race __A__ Nationality __Korean__

**RECEIVED JUN -6 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA ____Rosetta L. San Nicolas____

Interpreter: ____ No __X__ Yes    List language and/or dialect: __Korean__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ____ Petty ____ Misdemeanor __X__ Felony

|     | Index Key/Code | Description of Offense Charged | Count(s) |
|-----|----------------|-------------------------------|----------|
| Set | 1 8 USC 1326(a) & (b)(2) | Attempted Illegal ReEntry of Removed Alien | 1 |
| Set | 2 18 USC 1546(a) | Misuse of Visa | 2 |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: __6/6/07__    Signature of AUSA: _____