AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____GUAM_____

**FILED**
DISTRICT COURT OF GUAM
JUN -8 2007
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| **YOUNG TAEK LEE** | Case Number: **CR-07-00050-001** |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>3rd FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | Room<br>**COURTROOM** |
|---|---|
| | Date and Time<br>**Monday, June 11, 2007 at 10:00 a.m.** |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge | |

To answer a(n)
**X** Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Pretrial Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Count I - Attempted Illegal Re-Entry of Removed Alien [8 U.S.C. §§ 1326(a) and (b)(2)]**

**Count II - Misuse of Visa [18 U.S.C. § 1546(a)]**

RECEIVED
JUN -7 2007
US MARSHALS SERVICE-GUAM

| **Leilani R. Toves Hernandez, Deputy Clerk** | *[signature]* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

**June 6, 2007**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Date 6/8/2007

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: DOC

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/8/2007
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.