# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00050          DATE: June 11, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Peter Santos | Electronically Recorded: 9:55:16 - 10:02:50 |
| CSO: J. Lizama | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Young Taek Lee | Attorney: Richard Arens |
|     Present    Custody    Bond    P.R. |     Present    Retained    FPD    CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: Erfel Matanguihan, I.C.E. |
| U.S. Probation: Carmen O'Mallan | U.S. Marshal: V. Roman/ T.Muna |
| Interpreter: Sung Woo Yoon | Language: Korean |

**PROCEEDINGS: Intial Appearance on an Indictment and Arraignment**

- <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of <u>Indictment</u>.
- Plea entered: <u>Not guilty</u>
- Trial set for: <u>August 07, 2007 at 9:30 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES:

<mark>
</mark>
<mark>
</mark>
<mark>
</mark>
<mark>
</mark>

<mark>
</mark>