ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 12 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00050 |
| Plaintiff, | |
| vs. | 8 U.S.C. § 1326(b)(2) |
| | **INFORMATION** |
| YOUNG TAEK LEE, | |
| Defendant. | |

### NOTICE OF INTENTION
### TO SEEK ENHANCED PENALTY AGAINST DEFENDANT

Plaintiff United States of America, pursuant to Title 8, United States Code, Section 1326(b)(2), hereby informs the Court and defendant, YOUNG TAEK LEE, of its intention to seek an enhanced penalty in the event he is convicted of the Counts alleged in the pending Indictment.

Defendant, YOUNG TAEK LEE has prior convictions for aggravated felony offenses. Specifically, he was convicted on October 17, 1995 as follows: one count of Racketeering, 18 U.S.C. Section 1962(c), one count of Use of a Firearm During a Crime of Violence, 18 U.S.C. Section 924(c), four counts of Interference with Commerce by Violence, 18 U.S.C. Section 1951, in the United States District Court, Eastern District of New York, in Criminal Case

1 | Number CR93-1072-S-4.

2 | These offenses and his subsequent deportation constitute a "removal subsequent to a conviction for commission of an aggravated felony" under Title 8, United States Code, Section 1326(b)(2). Accordingly, the United States intends to pursue the enhanced punishment of a maximum of twenty years imprisonment in the event the defendant is convicted of the offenses of Illegal Re-Entry of a Removed Alien and Misuse of a Visa, charged in the pending Indictment. See 8 U.S.C. §1326(a) and §1326(b).

RESPECTFULLY SUBMITTED this 11th day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ ROSETTA L. SAN NICOLAS
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved:

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-2-

Case 1:07-cr-00050   Document 9   Filed 06/12/2007   Page 2 of 2