| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | ROSETTA L. SAN NICOLAS<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza Suite 500<br>108 Hernan Cortez Avenue |
| 4 | Hagatna, Guam 96910<br>Telephone: (671) 472-7332 |
| 5 | Telecopier: (671) 472-7334 |

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
JUN 12 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF INTENT TO USE |
| | ) | EXPERT TESTIMONY |
| YOUNG TAEK LEE, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now the United States, through Assistant U.S. Attorney Rosetta L. San Nicolas and provides notice that the United States intends to use expert testimony pursuant to Federal Rules of Evidence §702 and Federal Rules of Criminal Procedure Rule 16(a)(G). The Government intends to call Guam Police Department Officer Gilbert J. Mondina, as an expert at trial. Gilbert J. Mondina will testify concerning his observations, findings, conclusions, opinions, and bases for his opinions. His opinions will be based on a comparison of the fingerprints obtained from defendant Young Taek Lee. His conclusions and opinions were formulated as a result of the fingerprint examination. In addition, Gilbert J. Mondina will testify concerning the purpose of fingerprint comparisons, the methods and reasons for such, as well as explaining terminology and findings.

Respectfully submitted this 11th day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney