**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA**

CASE NO.: CR-07-00050-001　　　　　　　　　　　　　DATE: July 26, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　　Electronically Recorded: 2:07:44 - 2:43:50
CSO: L. Ogo / P. Taijeron

**APPEARANCES:**

Defendant: Young Taek Lee　　　　　　Attorney: John Gorman
　　Present　Custody　Bond　P.R.　　　　Present　Retained　FPD　CJA

U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　U.S. Marshal: D. Punzalan / T. Muna
Interpreter: Sung Woo Yoon　　　　　　Language: Korean

**PROCEEDINGS: Change of Plea**

- Parties stipulate to pen and ink changes in the plea agreement regarding the elements of the offense.
- Defendant sworn and examined.
- Plea entered: Guilty to Count I.
- Plea: Accepted.
- Defense's Oral Motion for Expedited Sentencing was granted.
- Sentencing set for: September 5, 2007 at 10:30
- Draft Presentence Report due to the parties: 8/3/2007
- Response to Presentence Report: 8/13/2007
- Final Presentence Report due to the Court: 8/23/2007
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: