# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00050-001　　　　　　　　　　DATE: September 05, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley / Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 2:22:12 - 2:52:00 |
| CSO: N. Edrosa | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Young Taek Lee | Attorney: Richard Arens |
| 　Present　Custody　Bond　P.R. | 　Present　Retained　FPD　CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: |
| U.S. Probation: Maria Cruz | U.S. Marshal: D. Punzalan / T. Muna |
| Interpreter: Hee-Jung Won | Language: Korean |

**PROCEEDINGS: Sentencing**

- Proceedings continued to: <u>September 12, 2007 at 9:30 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: