# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

Young Taek Lee          CASE NUMBER: CR-07-00050-001

TYPE OF CASE:
☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|   | DATE AND TIME |

TYPE OF PROCEEDING

CONTINUED SENTENCING

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | **Wednesday, September 12, 2007 at 9:30 a.m.** | **Friday, September 14, 2007 at 11:00 a.m.** |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**September 13, 2007**          /s/ Leilani R. Toves Hernandez
DATE          (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         Federal Public Defender
         U.S. Probation Office
         U.S. Marshals Service