**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-07-00050-001  DATE: September 14, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber  Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 11:28:12 - 12:18:47
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Young Taek Lee  Attorney: Richard Arens
  Present  Custody  Bond  P.R.    Present  Retained  FPD  CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent: E. Mantanguihan / R. Robertson - I.C.E.
U.S. Probation: Maria Cruz  U.S. Marshal: D. Punzalan / R. Manglona / G. Perez
Interpreter: Sung Woo Yoon  Language: Korean

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of 17 months, with credit for time served (approximately 288 days), to run consecutive with CR-07-00056.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 36 months, to run concurrent with CR-07-00056, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:
Government's oral Motion to Dismiss Count 2 was granted.